FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 27 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALI ISMAIL,<br>Defendant, | NO. CR06-255JLR<br><br>ORDER MODIFYING BOND |

This matter having come before the Court on the motion of defendant Ali Ismail for an order modifying the Appearance Bond entered in this matter on July 31, 2006, seeking to modify the bond by eliminating the Electronic Home Monitoring condition, the Court having considered the motion and the declaration of defense counsel and otherwise being fully informed in this matter, the Court finds the modification of the Appearance Bond as requested is appropriate and would be in interest of justice, now, therefore,

IT IS HEREBY ORDERED that the defendant Ismail's Motion for Order Modifying Bond is granted. The conditions of release entered on July 31, 2006 are modified by striking the requirement that the defendant be subject

Order Modifying Bond 1219412-P

Bruce D. Erickson
411 University St., Suite 1200
Seattle, WA 98101

1  to Electronic Home Monitoring. All other conditions or release previously set
   remain in effect.
2

3

4     DONE this  27  day of September, 2006

5

6

7                                    /s/ signature

8                                    ~~UNITED STATES DISTRICT JUDGE~~

9
                                     MARY ALICE THEILER
10                                   US MAGISTRATE JUDGE
   Presented By:
11

12

13
   s/ Bruce D. Erickson
14 Bruce D. Erickson
   W.S.B.A. #2005
15 411 University St., Suite 1200
   Seattle, WA 98101
16 Telephone: (206) 624-1200
   Fax: (206) 340-5988
17 E-mail: brucedericksoncja@yahoo.com

18

19

20

21

22

23

24

25

Order Modifying Bond  1219412-P                    Bruce D. Erickson
                                               411 University St., Suite 1200
                                                   Seattle, WA 98101