06-CR-00255-ORD

JUDGE ROBART
09/22/2006 Page 1 of 2

FILED ____ ENTERED
LODGED ____ RECEIVED

SEP 27 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) NO. CR06-255JLR
    Plaintiff, )
  v. ) ORDER MODIFYING BOND
  )
ALI ISMAIL, )
    Defendant. )

This matter having come before the Court on the motion of defendant Ali Ismail for an order modifying the Appearance Bond entered in this matter on July 31, 2006, seeking to modify the bond by eliminating the Electronic Home Monitoring condition, the Court having considered the motion and the declaration of defense counsel and otherwise being fully informed in this matter, the Court finds the modification of the Appearance Bond as requested is appropriate and would be in interest of justice, now, therefore,

IT IS HEREBY ORDERED that the defendant Ismail's Motion for Order Modifying Bond is granted. The conditions of release entered on July 31, 2006 are modified by striking the requirement that the defendant be subject

Order Modifying Bond 1219412-P

Bruce D. Erickson
411 University St., Suite 1200
Seattle, WA 98101

1 | to Electronic Home Monitoring. All other conditions or release previously set remain in effect.

Case 2:06-cr-00255-JLR   Document 152   Filed 09/22/2006   Page 2 of 2

DONE this 27 day of September, 2006

_(signature)_
~~UNITED STATES DISTRICT JUDGE~~

MARY ALICE THEILER
US MAGISTRATE JUDGE

Presented By:

s/ Bruce D. Erickson
Bruce D. Erickson
W.S.B.A. #2005
411 University St., Suite 1200
Seattle, WA 98101
Telephone: (206) 624-1200
Fax: (206) 340-5988
E-mail: brucedericksoncja@yahoo.com